UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TPI Solutions, Inc.,

                Plaintiff,

        -V-

American Express Company,

                Defendant.
------------------------------------------------------------X

ORDER OF DISCONTINUANCE

03CV1641(SLT)(VVP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2005 ★

P.M. _____
TIME A.M. _____

IT APPEARING that it has been reported to the Court that the above captioned action has been settled,

IT IS HEREBY ORDERED, that this action is discontinued, without cost, and without prejudice to reopening if the settlement is not consummated.

                SO ORDERED

                _____/s/_____
                SANDRA L. TOWNES
                UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
      May 23, 2005